UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOW OLEFINVERBUND GMBH,

                            Plaintiff,

-v-

SYNTHOS SCHKOPAU GMBH,

                            Defendant.

25 Civ. 5529 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 3, 2025, petitioner Dow Olefinverbund GmbH filed a motion to seal and a petition to confirm an arbitral award. *See* Dkts. 1, 4–7. To the extent either motion is opposed, the Court hereby orders the following:

- Any opposition to the motion to seal is to be filed to ECF no later than one week from today, by July 14, 2025. No reply is invited.

- Any opposition to the petition to confirm the arbitral award is to be filed to ECF by July 21, 2025. Any reply is to be filed by July 28, 2025.

SO ORDERED.

                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: July 7, 2025
        New York, New York