UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOW OLEFINVERBUND GMBH,

                              Plaintiff,

           -v-

SYNTHOS SCHKOPAU GMBH,

                              Defendant.

25 Civ. 5529 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 3, 2025, petitioner Dow Olefinverbund GmbH filed a motion to seal. *See* Dkts. 4–7. On July 7, 2025, the Court ordered any opposition to be filed on ECF by July 14, 2025. Dkt. 8. No opposition has been filed, and petitioner represents that counsel for respondent supports such sealing. *See* Dkt. 4 at 1. Accordingly, Exhibits 1 and 2 to Nathan P. Eimer's declaration, filed in support of the petition, shall be placed permanently under seal. *See* Dkt. 7, Exs. A–B. The Clerk of Court is respectfully directed to close the motion at Docket 4.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 21, 2025
       New York, New York