**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DOW OLEFINVERBUNK GMBH,

                      Petitioner,

   -against-                                     25 **CIVIL** 5529 (PAE)

                                                       **JUDGMENT**

SYNTHOS SCHKOPAU GMBH,

                      Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2025, the Court has confirmed the Award in favor of Dow and issues judgment in the amount reflecting: (1) the amount yet unpaid by Synthos to Dow for steam for the period between December 2021 and December 31, 2024; (2) pre- and post-Award interest; (3) legal fees and costs; and ( 4) administrative fees; accordingly, the case is closed.

**Dated:**  New York, New York

      August 7, 2025

                                                           **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                          **BY:**      *K. Mango*

                                                              **Deputy Clerk**